FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2014

ABEL ACOSTA, CLERK

PD-1659-14

PD-

PD-1659-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/19/2014 1:20:04 PM
Accepted 12/29/2014 10:06:31 AM
ABEL ACOSTA
CLERK

| DEAN JEROME WOOD | X | IN THE COURT OF CRIMINAL APPEALS |
| | X | |
| | X | |
| VS. | X | |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | OF THE STATE OF TEXAS |

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, DEAN JEROME WOOD, Appellant, and moves that he be granted a thirty (30) day extension of time to file his Petition for Discretionary Review, until and including January 5, 2015, and further shows as follows:

A. The Appellant's conviction for murder was affirmed by the First Court of Appeals in cause number 01-13-00845-CR on November 6, 2014.

B. The deadline for filing the Appellant's P.D.R. in these causes was December 6, 2014 (thereby making them due on Monday, December 8, 2014). This request for extension of time is being e-filed on December 19, 2014, which is within the 15-day period provided for by Tex. R. App. P. 68.2(c).

C. A request is hereby made for an extension of time to file the Appellant's P.D.R. in this case, until and including January 5, 2015.

D. The reason for this extension request is that the undersigned attorney has been extremely busy with other appeals and various other matters which have left him

unable to finish the PDR on time, including, but not limited to, the following:

FEANYICHI UVUKANSI VS. THE STATE OF TEXAS; No. 01-14-00527-CR; Appellant's Brief due on January 7, 2014 (capital murder);

RICHARD SCOTT VS. THE STATE OF TEXAS; No. 01-12-00643-CR; Appellant's Brief due on January 7, 2015;

NORMA SANCHEZ VS. THE STATE OF TEXAS; No. 14-14-00780-CR; Appellant's Brief due December 29, 2014.

Additionally, the undersigned is extremely busy with his duties as chief of the appellate division of the Harris County Public Defender's Office, as a member of the Texas Forensic Science Commission Hair Microscopy Panel (which is in the process of reviewing hundreds of criminal cases involving expert testimony in cases involving hair testimony), and, as an adjunct professor at the University of Houston Law Center, is under a December 23rd deadline to get numerous final exams and term papers graded.

E. No further extensions will be needed.

WHEREFORE, PREMISES CONSIDERED, Appellant moves that the Court extend the deadline for filing the Appellant's Petition for Discretionary Review in these cases, until and including January 5, 2015.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas


/s/ Bob Wicoff
**BOB WICOFF**
Assistant Public Defender
Harris County Texas
1310 Prairie, Ste. 980
Houston Texas 77002
(713) 274-6781
TBA No. 21422700

## CERTIFICATE OF SERVICE

A true copy of this motion has been sent through the e-file system to the appellate division of the Harris County District Attorney's Office, on the 19th of December, 2014.


/s/ Bob Wicoff
**BOB WICOFF**